**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **ANDREW SIMONI, SARAH MERRILL and BENJAMIN SIEVE,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**THE CITY OF BONDURANT,**<br><br>**Defendant.** | **CASE NO. 4:26-cv-23**<br><br>**JOINT STATUS REPORT** |

**COME NOW**, the Parties, through their respective counsel, and for this Joint Status Report to the Court state:

1. The parties have exchanged written discovery responses.

2. The parties agree that they are presently on schedule to meet the current deadlines.

3. The parties are currently exchanging dates for depositions and expect depositions to take place in late September.

4. At this time, neither party has any issue for the Court to address.

**WHEREFORE**, the Parties provide the Court with this Status Report and hereby request the status conference currently set for September 11, 2026 be cancelled.

**BOLES WITOSKY STEWART LAW PLLC**

BY: /s/ Christopher Stewart
Christopher Stewart AT0013127
Marrissa Pasker AT0016148

2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
Email: chris@bwsiowa.com
marrissa@bwsiowa.com
**ATTORNEYS FOR PLAINTIFFS**

**LAMSON DUGAN & MURRAY, LLP**

*/s/ John A. Maschman*

John A. Maschman AT0011927
Janice M. Thomas AT0007822
6400 Westown Parkway, Suite 280
West Des Moines IA 50266
Telephone: (515) 513-5003
jmaschman@ldmlaw.com
jthomas@ldmlaw.com
**ATTORNEYS FOR DEFENDANT THE CITY OF BONDURANT**

**PROOF OF SERVICE**

The undersigned certifies that this instrument was **electronically filed** on CM/ECF on September 9, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

*/s/ Tami Fairchild*